**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-cr-60285-RSR**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**TERRANCE BROWN**,

      Defendant.

_____/

**<u>CIPA § 5 NOTICE</u>**

Terrance Brown, by and through undersigned counsel, hereby gives notice pursuant to 18 U.S.C.A. APP. 3 § 5 (the Classified Information Procedures Act "CIPA"), of his intent to use certain classified information during this trial, as follows:

Mr. Brown intends to present to the court and jury a document marked "Top Secret" which has been widely published on the internet, concerning the United States Government's collection of metadata related to cellular telephones used in the United States.  The order became public via the Guardian newspaper on June 5, 2013.

                Respectfully Submitted,

                s/ Marshall Dore Louis

                Marshall Dore Louis
                Florida Bar No. 512680
                SINCLAIR, LOUIS, HEATH,
                NUSSBAUM & ZAVERTNIK, P.A.
                Alfred I. duPont Building
                169 East Flagler Street, Suite 1125
                Miami, FL 33131
                TEL: (305) 374-0544
                FAX: (305) 381-6869
                E-MAIL: mdl@sinclairlouis.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 9, 2013 I filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

s/ Marshall Dore Louis

Marshall Dore Louis
Florida Bar No. 512680
SINCLAIR, LOUIS, HEATH,
NUSSBAUM & ZAVERTNIK, P.A.
Alfred I. duPont Building
169 East Flagler Street, Suite 1125
Miami, FL 33131
TEL: (305) 374-0544
FAX: (305) 381-6869
E-MAIL: mdl@sinclairlouis.com

## SERVICE LIST

**Michael E. Gilfarb**
**Mark Dispoto**
99 Northeast 4th Street
Miami, Florida 33132-2111
Facsimile: 305-536-4676
Email: michael.gilfarb@usdoj.gov
Email: mark.dispoto@usdoj.gov
(Via CM/ECF Electronic Notification)

*Attorneys for the United States of America*

**Gennaro Cariglio, Jr.**
10800 Biscayne Boulevard
Suite 900
Miami, FL 33161-7400
305-899-0438
Fax: 891-2297
Email: Sobeachlaw@aol.com
(Via CM/ECF Electronic Notification)

*Attorney for Toriano Johnson*

**Martin L. Roth**
101 N.E. Third Avenue
Suite 1430
Fort Lauderdale, FL 33301
954-745-7697
Fax: 745-7698
Email: MLRPA@msn.com
(Via CM/ECF Electronic Notification)

*Attorney for Daryl Davis*

**Marc David Seitles**
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
305-403-8070
Fax: 305-403-8210
Email: mseitles@seitleslaw.com
(Via CM/ECF Electronic Notification)

*Attorney for Hassam Williams*

**David Jonathon Joffe**
One East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
954-723-0007
Fax: 723-0033
Email: DavidJJoffe@aol.com
(Via CM/ECF Electronic Notification)

*Attorney for Joseph K. Simmons*

SINCLAIR, LOUIS, HEATH, NUSSBAUM & ZAVERTNIK, P.A.