UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60285-CR-ROSENBAUM(s)(s)

UNITED STATES OF AMERICA,

v.

TERRENCE BROWN, et al,

       Defendants.
_____/

## GOVERNMENT'S REQUEST FOR HEARING REGARDING LIMITATION OF CROSS-EXAMINATION OF GOVERNMENT WITNESS

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, and files this *Request for a Hearing*, and states as follow:

1. During opening statement, counsel for Johnson told the jury that the lead investigator in this case was not worthy of belief and that he had a history of fabricating evidence.

2. The parties have conferenced about the factual basis for these assertions and disagree about the admissibility of same.

3. The defense believes that cross-examination under F.R.E. 608(b) is proper in order to attack the witness' general credibility.

4. The government believes that cross-examination is improper under F.R.E. 608(b) because the witness was not sanctioned for dishonesty or fraud. In fact, there was no finding of dishonest or fraud.

5. The government further believes that cross-examination is improper under F.R.E. 403. This event occurred over 10 years ago, and did not involve dishonesty or fraud.

6. Additionally, if the cross-examination is permitted, the Court should not permit extrinsic evidence relating to the event to be admitted. See F.R.E.608(b).

7. The government will rely upon the following authority at any hearing on the matter:

   a. *United States v. Smith*, 277 F. Appx. 870 (11th Cir. 2008),

   b. *United States v. Taylor*, 426 F. Appx. 702 (11th Cir. 2011),

   c. *United States v. Taylor*, 417 F.3d 1176 (11th Cir. 2005),

   d. *United States v. Novaton*, 271 F.3d 968 (11th Cir.2001),

   e. *United States v. Whitmore*, 384 F.3d 836 (D.C. Cir. 2004).

8. The issues raised herein are likely to affect testimony slated for late Wednesday (June 12, 2013) or Thursday (June 13, 2013).

                Respectfully submitted,
                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By: s/ Michael E. Gilfarb
     Michael E. Gilfarb
     Assistant United States Attorney
     Fla. Bar. NO. 957836
     99 N.E. 4th Street, Suite 600
     Miami, FL

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on June 10, 2013.

                s/ Michael E. Gilfarb
                Michael E. Gilfarb
                Assistant United States Attorney