UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-60285-RSR(s)

UNITED STATES OF AMERICA

vs.

TERRANCE BROWN, et. al.,

Defendants.
_____/

## **ORDER COMPELLING TESTIMONY**

This matter came before the court on the government's Motion to Compel Testimony. The Court having considered the motion and being otherwise fully advised, it is

ORDERED, pursuant to 18 U.S.C. § 6003, that Elliot Maurice Davis shall testify at trial in this matter, regardless of any privilege against self-incrimination; and further

ORDERED, pursuant to 18 U.S.C. § 6002, that no testimony or other information compelled under this order (or any information directly or indirectly derived from such testimony or other information) may be used against the witness in any criminal case, except a prosecution for perjury, giving false statement, or otherwise failing to comply with this order.

Done and ordered in Fort Lauderdale this 5th day of June, 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT COURT JUDGE